MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for The Bank of New York Mellon fka
The Bank of New York Successor Trustee to
JPMorgan Chase Bank, N.A., as Trustee for the
Structured Asset Mortgage Investments II Trust,
Mortgage Pass-Through Certificates, Series 2005-AR8*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR8, | Case No.: 2:16-cv-01564-JCM-PAL **NOTICE OF DISASSOCIATION** |
| Plaintiff, | |
| vs. | |
| DESERT SHORES COMMUNITY ASSOCIATION; PREMIER ONE HOLDINGS INC.; AND NEVADA ASSOCIATION SERVICES, INC. , | |
| Defendants. | |

PLEASE TAKE NOTICE that the Bank of New York Mellon fka The Bank of New York S

Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage

Investments II Trust, Mortgage Pass-Through Certificates, Series 2005-AR8 hereby provides notice

that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for The Bank Of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. receive all future notices.

Respectfully submitted, this 15th day of August, 2017.

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for The Bank of New York Mellon fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 15, 2017

UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

2

AKERMAN LLP

1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

1

## <u>CERTIFICATE OF SERVICE</u>

2    I hereby certify that on the 15th day of August, 2017 pursuant to FRCP 5(b)(2)(E), I caused service

3    of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made

4    electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF)  system

5    for filing and transmittal to all interested parties.

6

7

8    Brian A. Morris, Esq.                          Ryan D Hastings, Esq.
     Sarah A. Morris, Esq.                          **Leach Johnson Song & Gruchow**
     **Timothy A Wiseman, Esq.**                    8945 W. Russell Road
9    Morris Law Center                              Las Vegas, NV 89148
     6085 West Twain Avenue # 201                   *Attorneys For Desert Shores Community*
10   Las Vegas, NV 89103                            *Association*
     *Attorneys For Premier One Holdings, Inc.*
11

12                                                  */s/ Doug J. Layne*
                                                    An employee of AKERMAN LLP
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

42552077;1
42623006;1