MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for The Bank of New York Mellon fka*
*The Bank of New York Successor Trustee to*
*JPMorgan Chase Bank, N.A., as Trustee for the*
*Structured Asset Mortgage Investments II Trust,*
*Mortgage Pass-Through Certificates, Series 2005-AR8*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR8,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT SHORES COMMUNITY ASSOCIATION; PREMIER ONE HOLDINGS INC.; AND NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-01564-JCM-PAL<br><br>**NOTICE OF DISASSOCIATION** |

PLEASE TAKE NOTICE that the Bank of New York Mellon fka The Bank of New York S Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2005-AR8 hereby provides notice that Christine M. Parvan, Esq., is no longer associated with the law firm of Akerman LLP.

42552077;1
42623127;1

Akerman LLP continues to serve as counsel for The Bank Of New York Mellon in this action. All future correspondence and papers in this action should continue to be directed Melanie D. Morgan, Esq. and Thera A. Cooper, Esq. receive all future notices.

Respectfully submitted, this 15th day of August, 2017.

**AKERMAN LLP**

*/s/ Thera A. Cooper*
MELANIE MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for The Bank of New York Mellon fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: August 15, 2017

UNITED STATES MAGISTRATE JUDGE

2

42552077;1
42623127;1

# CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of August, 2017 pursuant to FRCP 5(b)(2)(E), I caused service of a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION** to be made electronically via the U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system for filing and transmittal to all interested parties.

Brian A. Morris, Esq.
Sarah A. Morris, Esq.
**Timothy A Wiseman, Esq.**
Morris Law Center
6085 West Twain Avenue # 201
Las Vegas, NV 89103
*Attorneys For Premier One Holdings, Inc.*

Ryan D Hastings, Esq.
**Leach Johnson Song & Gruchow**
8945 W. Russell Road
Las Vegas, NV 89148
*Attorneys For Desert Shores Community Association*

/s/ Doug J. Layne
An employee of AKERMAN LLP

42552077;1
42623127;1