MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER, ESQ.
Nevada Bar No. 13468
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: melanie.morgan@akerman.com
Email: thera.cooper@akerman.com

*Attorneys for The Bank of New York Mellon fka*
*The Bank of New York Successor Trustee to*
*JPMorgan Chase Bank, N.A., as Trustee for the*
*Structured Asset Mortgage Investments II Trust,*
*Mortgage Pass-Through Certificates, Series 2005-AR8*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-AR8, <br><br> Plaintiff, <br><br> vs. <br><br> DESERT SHORES COMMUNITY ASSOCIATION; PREMIER ONE HOLDINGS INC.; AND NEVADA ASSOCIATION SERVICES, INC. <br><br> Defendants. | Case No.: 2:16-cv-01564-JCM-PAL <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY TO PREMIER ONE HOLDINGS, INC.'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT** <br><br> [FIRST REQUEST] |

Plaintiff the Bank of New York Mellon fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust Mortgage Pass-Through Certificates Series 2005-AR8 (**BoNYM**) and Defendant Premier One Holdings, Inc. (**Premier**) stipulate as follows:

1.  BoNYM filed its motion for summary judgment on July 28, 2017. [ECF No. 33]. Premier filed it response to BoNYM's motion August 18, 2017 [ECF No. 43] BoNYM's reply is currently due on September 1, 2017.

1

42680684;1

2. The parties hereby stipulate and agree that BoNYM shall have fourteen (14) additional days to file its reply. The new deadline for BoNYM to file its reply in support of motion for summary judgment shall be September 15, 2017.

3. This is the first request for an extension of this deadline and is not made for purposes of undue delay.

DATED: August 28, 2017.

| **AKERMAN LLP** | **MORRIS LAW CENTER** |
|---|---|
| */s/ Thera Cooper*<br>MELANIE MORGAN, ESQ.<br>Nevada Bar No. 8215<br>THERA A. COOPER, ESQ.<br>Nevada Bar No. 13468<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | */s/ Sarah Morris*<br>SARAH A. MORRIS, ESQ.<br>Nevada Bar No. 8461<br>BRIAN A. MORRIS, ESQ.<br>Nevada Bar No. 11217<br>6085 W. Twain Avenue, Suite 201<br>Las Vegas, NV 89103 |
| *Attorneys for The Bank of New York Mellon fka The Bank of New York Successor Trustee to JPMorgan Chase Bank, N.A., as Trustee for the Structured Asset Mortgage Investments II Trust, Mortgage Pass-Through Certificates, Series 2005-AR8* | *Attorneys for Premier One Holdings, Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** August 29, 2017

2

42680684;1