# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, | Case No. 2:16-CV-1564 JCM (PAL) |
| Plaintiff(s), | ORDER |
| v. | |
| DESERT SHORES COMMUNITY ASSOCIATION, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *The Bank of New York Mellon v. Desert Shores Community Association et al,* case no. 2:16-cv-01564-JCM-PAL.

On March 9, 2018, the court issued an order regarding the parties' various motions for summary judgment, thereby resolving all outstanding claims in this matter. (ECF No. 49). Thereafter, the clerk entered judgment accordingly, but did not close the case. (ECF No. 55).

Because this matter is currently on appeal at the Ninth Circuit and because the court has resolved all pending claims, the court hereby orders that this case be closed. *See* (ECF No. 51).

Accordingly,

IT IS ORDERED THAT the clerk of court close the above-captioned matter, as all pending claims for relief have been resolved.

IT IS SO ORDERED.

DATED May 2, 2019.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**